IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| CLIFFORD SCHUETT,<br><br>    Plaintiff,<br><br>v.<br><br>GOVERNOR OF UTAH et al.,<br><br>    Defendants. | **MEMORANDUM DECISION & ORDER TO SHOW CAUSE**<br><br><br>Case No. 2:14-CV-580-TC<br><br>District Judge Tena Campbell |

  In this *pro se* prisoner civil rights case,[1] the Court granted Plaintiff's *in forma pauperis* request.  So the Court could figure his initial partial filing fee, the Court ordered Plaintiff to submit his certified inmate account statement for the six months right before his complaint was filed on August 25, 2014.[2]  Plaintiff has not complied.

  IT IS THUS ORDERED that Plaintiff must within thirty days from the date of this order show cause why his case should not be dismissed for failure to obey the Court's order to send in "a certified copy of the trust fund account statement . . . for the *6-month period immediately*

---

[1] *See* 42 U.S.C.S. § 1983 (2014).

[2] *See* 28 *id.* § 1915(a)(2).

*preceding the filing of the complaint* . . . obtained from the appropriate [prison] official of each [correctional institution]."[3]

        DATED this 30th day of October, 2014.

                              BY THE COURT:

                              _____
                              TENA CAMPBELL
                              United States District Judge

---

[3] *See id.* (emphasis added).